IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIO ECKERT, ROBERT BAKER, STEVE BILLET, KEVIN BLOOM, JR., SHAWN CLARK, KAREN DIETZ, HERBERT C. GARBER, GISBEL GARCIA, JR., MARIO GAROFALO, BRADLEY HOCKENBERRY, MARTIN PARSON, and FRED WILSON,** | : CIVIL ACTION NO. 15-CV-1920 <br> : <br> : (Chief Judge Conner) |
| **Plaintiffs,** | : |
| v. | : |
| **CHAUFFEURS, TEAMSTERS AND HELPERS LOCAL UNION 776 PROFIT SHARING PLAN, CHAUFFEURS, TEAMSTERS AND HELPERS LOCAL UNION 776, EDGAR H. THOMPSON, and RONALD W. HICKS,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 13th day of March, 2017, upon consideration of the motion (Doc. 31) for summary judgment filed by defendants, and the parties' respective briefs in support of and opposition to said motion (Docs. 32, 35, 37), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 31) for summary judgment is DENIED.

2. The parties are directed to meet and confer with the goal of developing an appropriate schedule for further proceedings. On or before **Monday, April 3, 2017**, the parties shall submit a joint proposed pretrial and trial schedule to the court or, in the event the parties are unable to agree, shall submit individual proposed schedules for the court's consideration.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania