# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIO ECKERT, ROBERT BAKER,** | : | CIVIL ACTION NO. 1:15-CV-1920 |
| **STEVE BILLET, KEVIN BLOOM, JR.,** | : | |
| **SHAWN CLARK, KAREN DIETZ,** | : | (Chief Judge Conner) |
| **HERBERT C. GARBER, GISBEL** | : | |
| **GARCIA, JR., MARIO GAROFALO,** | : | |
| **BRADLEY HOCKENBERRY,** | : | |
| **MARTIN PARSON, and** | : | |
| **FRED WILSON,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | |
| | : | |
| **CHAUFFEURS, TEAMSTERS AND** | : | |
| **HELPERS LOCAL UNION 776** | : | |
| **PROFIT SHARING PLAN,** | : | |
| **CHAUFFEURS, TEAMSTERS AND** | : | |
| **HELPERS LOCAL UNION 776,** | : | |
| **EDGAR H. THOMPSON, and** | : | |
| **RONALD W. HICKS,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of September, 2018, upon consideration of plaintiffs' motion (Doc. 63) for attorney's fees and costs pursuant to the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq.*, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiffs' motion (Doc. 63) for attorney's fees and costs is GRANTED in part and DENIED in part as set forth in the accompanying memorandum.

2. Defendants shall pay attorney's fees totaling $139,406.25 and costs totaling $7,311.15 in the following amounts:

a. To Goldberg Katzman, P.C., attorney's fees in the amount of $67,677.50 and costs in the amount of $3,615.12.

b. To Barley Snyder LLP, attorney's fees in the amount of $39,390.00 and costs in the amount of $2,161.25.

c. To the Law Offices of Peter J. Russo, PC, attorney's fees in the amount of $32,338.75 and costs in the amount of $1,534.78.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania